IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE TURNER, Individually and on**                      **PLAINTIFFS**
**Behalf of All Others Similarly Situated,**
**and MELODEE THOMPSON**

vs.                      No. 4:20-cv-44-LPR

**M.I.H. SALES & MARKETING, INC.,**                      **DEFENDANTS**
**and JOHN HILGER**

## MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT JOHN HILGER

COME NOW Plaintiff Jessie Turner, individually and on behalf of all others similarly situated, and Plaintiff Melodee Thompson ("Plaintiffs"), by and through their attorneys Lydia H. Hamlet and Josh Sanford of Sanford Law Firm, PLLC, and for their Motion for Clerk's Entry of Default Against Defendant John Hilger ("Motion"), they do hereby state and allege as follows:

1. Plaintiffs filed this lawsuit on January 10, 2020.

2. Plaintiffs served Defendants M.I.H. Sales & Marketing, Inc., and John Hilger ("Defendants"), with a Summons and Plaintiff's Original Complaint—Collective Action ("Complaint") on February 6. *See* ECF No. 2 and ECF No. 2-1.

3. Defendants' deadline for filing and serving an Answer or Motion to Dismiss was February 27.

4. Despite having been properly served with a Summons and Plaintiffs' Complaint, Defendants have not filed or served an Answer or Motion to Dismiss in

Page 1 of 3
Jessie Turner, et al. v. M.I.H. Sales & Marketing, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-44-LPR
Motion for Clerk's Entry of Default Against Defendant John Hilger

accordance with Rule 12(a)(1) of the FRCP. *See* Exhibit 1, Declaration of Attorney Lydia H. Hamlet ("Hamlet Decl.") ¶ 4.

5. No extension for filing or serving a proper Answer or Motion to Dismiss has been requested or granted. *See id.* ¶ 6.

6. The Clerk's Default was entered against Defendant M.I.H. Sales & Marketing, Inc., on July 27, 2020. *See* ECF No. 5.

7. Defendant John Hilger ("Defendant Hilger") is not an active-duty service member of any branch of the United States Uniformed Services. 50 U.S.C. § 3931 is no bar to entry of default judgment against Defendant Hilger. *See* Exhibit 2, Declaration of Attorney Josh Sanford ("Sanford Decl.") ¶¶ 8-10.

8. Defendant John Hilger is in default, and the Clerk should enter its default as mandated by Rule 55(a).

WHEREFORE, premises considered, Plaintiff Jessie Turner, Individually and on behalf of all others similarly situated, and Plaintiff Melodee Thompson, respectfully request that the Clerk enter the default of Defendant John Hilger; for attorneys' fees and costs incurred herein; and for all other good and proper relief to which they may be entitled, whether or not specifically requested herein.

Respectfully submitted,

**JESSIE TURNER, Individually and on Behalf of All Others Similarly Stationed, and MELODEE THOMPSON, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

Page 2 of 3
Jessie Turner, et al. v. M.I.H. Sales & Marketing, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-44-LPR
Motion for Clerk's Entry of Default Against Defendant John Hilger

        Facsimile: (888) 787-2040

        Lydia H. Hamlet  
        Ark. Bar No. 2011082  
        lydia@sanfordlawfirm.com

        Josh Sanford  
        Ark. Bar No. 2001037  
        josh@sanfordlawfirm.com

**Page 3 of 3**  
**Jessie Turner, et al. v. M.I.H. Sales & Marketing, Inc., et al.**  
**U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-44-LPR**  
**Motion for Clerk's Entry of Default Against Defendant John Hilger**