IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE TURNER, Individually and on**     **PLAINTIFFS**
**Behalf of All Others Similarly Situated,**
**and MELODEE THOMPSON**

vs.     No. 4:20-cv-44-LPR

**M.I.H. SALES & MARKETING, INC.**     **DEFENDANTS**
**and JOHN HILGER**

### MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiffs Jessie Turner, individually and on behalf of all others similarly situated, and Melodee Thompson, by and through their attorneys Lydia H. Hamlet and Josh Sanford of Sanford Law Firm, PLLC, and for their Motion for Voluntary Dismissal without Prejudice, do allege and state as follows:

1. Plaintiffs filed their Original Complaint–Collective Action on January 10, 2020, alleging violations of the FLSA against Defendants. *See* ECF No. 1.

2. It is the desire of Plaintiffs to voluntarily dismiss this lawsuit.

3. No Defendant has filed an Answer or a Motion for Summary Judgment.

4. Under Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs should be allowed to voluntarily dismiss their claims against Defendants without prejudice.

5. Plaintiffs hereby request that the Court dismiss their claims against Defendants without prejudice.

WHEREFORE, premises considered, Plaintiffs Jessie Turner, individually and on behalf of all others similarly situated, and Melodee Thompson, pray that this Court dismiss

Page 1 of 2
Jessie Turner, et al. v. M.I.H. Sales & Marketing, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-44-LPR
Motion for Voluntary Dismissal without Prejudice

their claims against Defendants without prejudice and for all good and proper relief to which they may be entitled, whether or not specifically requested herein.

        Respectfully submitted,

        **JESSIE TURNER, Individually and on Behalf of All Others Similarly Situated, and MELODEE THOMPSON, PLANTIFFS**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946
        Facsimile: (888) 787-2040

        Lydia H. Hamlet
        Ark. Bar No. 2011082
        lydia@sanfordlawfirm.com

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

Page 2 of 2
Jessie Turner, et al. v. M.I.H. Sales & Marketing, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-44-LPR
Motion for Voluntary Dismissal without Prejudice